IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY HEARD, | * | |
| Plaintiff | * | Civil Action |
| Vs. | * | File No. CV204-76 |
| GARLOCK SEALING TECHNOLOGIES, LLC, formerly known as Garlock Inc, et al., | * | |
| Defendants | * | |

ORDER

THIS cause coming on to be heard by the Court on the application of attorneys for plaintiff that Dianna L. Epting, Executrix of the Estate of William Henry Heard, deceased be substituted as plaintiff in the above entitled cause; and the Court having considered the Motion filed in this cause, and being now fully advised in the premises,

IT IS HEREBY ORDERED that the Motion be granted and that Dianna L. Epting, as Executrix of the Estate of William Henry Heard, deceased be substituted as plaintiff herein.

SO ORDERED, this 21st day of Nov., 2006.

_____
JUDGE, U.S. DISTRICT COURT